UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>　　　　　　　　　　　Debtor(s)<br><br>Highland Capital Management, L.P.<br>　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>HCRE Partners, LLC (n/k/a NexPoint Real Estate Partners, LLC)<br>　　　　　　　　　　　Defendant(s)<br><br>Highland Capital Management, L.P.<br>　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>NexPoint Real Estate Partners, LLC<br>　　　　　　　　　　　Defendant(s) | § § § § § § § § § § § § § § § § § § | Case No.:　19−34054−sgj11<br>Chapter No.:　11<br><br>Adversary No.:　21−03007−sgj<br><br>Civil Case No.:　　3:21−CV−01379−G |

# NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of: <u>Report and Recommendation to the District Court. Entered 7/14/2021</u> .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.


DATED:  7/15/21　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk